In the Matter of the Claim of WILLIAM MAICEO, Respondent, against CITY OF YONKERS, Appellant.

STATE INDUSTRIAL BOARD, Respondent.

Argued May 27, 1942; decided June 18, 1942.

*Leonard G. McAneny, Corporation Counsel (William F. Cauley, Jr.,* of counsel), for appellant.

*John J. Bennett, Jr., Attorney-General (Roy Wiedersum* of counsel), for State Industrial Board, respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.